UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA WALKER<br>    Plaintiff | )<br>)<br>) |
| V. | )    DOCKET NO. 20-CV-11506-PBS<br>) |
| TRUSTEES OF THE NEW ENGLAND<br>CARPENTERS PENSION FUND AND<br>TRUSTEES OF THE NEW ENGLAND<br>CARPENTERS GUARANTEED<br>ANNUITY FUND | )<br>)<br>)<br>)<br>) |

## THIRD-PARTY COMPLAINT

1.      The Defendants/Third-Party Plaintiffs, Trustees of the New England Carpenters Pension Fund and the Trustees of the New England Carpenters Guaranteed Annuity Fund (hereinafter the Funds) are trusts established in accordance with 29 U.S.C. § 186(c) and are employee pension benefits or welfare plans as defined by 29 U.S.C. § 1002(2).

2.      The Third-Party Defendant, Jason Anderson, is an individual residing at 4 Sawyer Lane, Northwood, Rockingham County, New Hampshire 03261. Mr. Anderson is also the adult son of Grady Neely, Jr., a deceased participant in the New England Carpenters Pension Fund and the New England Carpenters Guaranteed Annuity Fund.

3.      On or about January 18, 2018, Mr. Neely applied for his pension, at which time he changed his beneficiary designation from his son, Mr. Anderson, to Cynthia Walker, Mr. Neely's caretaker.

4.      Ms. Walker accompanied Mr. Neely to the Fund Office and assisted him in changing his designated beneficiary from Mr. Anderson to Ms. Walker.

5. Prior to this change, Mr. Anderson had long been the designated beneficiary of Mr. Neely's pension benefit.

6. On July 30, 2018, Mr. Neely died leaving Ms. Walker as the designated beneficiary of his pension benefit.

7. Following Mr. Neely's death, Mr. Anderson informed the Funds that Mr. Anderson had interrupted a bedside wedding ceremony between Mr. Neely and Ms. Walker on July 28, 2018. The ceremony was never completed.

8. Mr. Anderson further informed the Funds that at the time of Mr. Neely's death, he was suffering from stage 4 lung cancer, which had metastasized to his brain, dramatically impeding his mental and physical functions.

9. Mr. Anderson further alleged that Mr. Neely's change in beneficiary designation from Mr. Anderson to Ms. Walker was the product of Ms. Walker's undue influence over the incapacitated Mr. Neely.

10. Following these allegations, the Funds began paying Mr. Neely's pension benefit to Mr. Anderson, as personal representative of Mr. Neely's probate estate, in order to allow Mr. Anderson and Ms. Walker to resolve their competing claims to the pension benefit through the probate court.

11. Ms. Walker never filed a claim against Mr. Neely's probate estate for the pension benefit.

12. On August 12, 2020, Ms. Walker filed a lawsuit against the Funds seeking damages for unpaid benefits pursuant to 29 U.S.C. §§ 1132 and 1145. A copy of that Complaint is attached hereto.

13. The alleged damages, if any, suffered by Ms. Walker were a result of Mr. Anderson's representations to the Fund regarding Ms. Walker's alleged undue influence in effectuating Mr. Neely's change in beneficiary designation from Mr. Anderson to Ms. Walker.

14. If judgment is issued for Ms. Walker against the Funds, then the Funds are entitled to reimbursement from Mr. Anderson for the judgment amount because the Funds relied on the appointment of Mr. Anderson as the personal representative of Mr. Neely's estate and made pension benefit payments to Mr. Anderson as the personal representative of Mr. Neely's probate estate.

Wherefore, the Funds pray that this Court order Mr. Anderson to pay to it whatever damages, if any, are awarded to Ms. Walker plus all interest and costs ordered by this Court against the Funds.

TRUSTEES OF THE NEW ENGLAND CARPENTERS PENSION FUND and TRUSTEES OF THE NEW ENGLAND CARPENTERS GUARANTEED ANNUITY FUND.

By its attorney,

DATED: February 8, 2021

James F. Grosso – BBO 213320
Edward G. Donga, III – BBO 705291
O'Reilly, Grosso, Gross & Jones, P.C.
1661 Worcester Road, Suite 403
Framingham, MA  01701
Tel: 508/620-0055
Fax: 508/620-7655
Email: jgrosso@ogglaw.com
Email: edonga@ogglaw.com

CERTIFICATE OF SERVICE

I, Edward G. Donga, III, hereby certify that on February 8, 2021, a copy of this Third-Party Complaint, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Edward G. Donga, III